NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JPD PRIVATE TRUST COMPANY, LTD., )
as Trustee of the GPD Charitable Trust )
dated December 7, 2010, and GIAN PAUL )
DEBLASIO a/k/a JOHN P. DEBLASIO, )
          )
    Appellants, )
          )
v. )    Case No. 2D17-581
          )
WILMERHALE a/k/a WILMER, CUTLER, )
PICKERING, HALE, and DORR LLP., )
          )
    Appellee. )
_____)

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Roy D. Wasson of Wasson & Associates,
Chartered, Miami, for Appellants.

Thomas A. Zehnder and David B. King of
King, Blackwell, Zehnder & Wermuth, P.A.,
Orlando; Edward K. Cheffy of Cheffy
Passidomo, P.A., Naples; Richard J.
Rosensweig and Richard M. Zielinski of
Goulston & Storrs, PC, Boston,
Massachusetts, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.